PETER C. HENDRICKSON, Respondent, *v.* THE CITY OF NEW YORK et al., Respondents, and THE JAMAICA ELECTRIC LIGHT COMPANY, Appellant.

Reported below, 38 App. Div. 480.
(Submitted April 17, 1899; decided April 25, 1899.)

MOTION to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, dated March 16, 1899, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term, and directing judgment in favor of the plaintiff.

The motion was made upon the ground that the appeal is of public importance.

*John Whalen, Corporation Counsel,* for motion.

Motion granted, without costs.